FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

15 JUL 21 PM 2:03

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

PRO SE CIVIL COMPLAINT

Case No. 8:15 CV 269
(the court will assign a number)

I. **CASE CAPTION:** Parties to this Civil Action:

Pursuant to Fed. R. Civ. P. 10(a), the names of **all** parties must appear in the case caption. The court will **not** consider a claim against any defendant who is not listed in the caption.

A. Plaintiff(s) Name(s):     Address(es):     Telephone No. (only if you are NOT a prisoner)

Joseph R. Kurtz     5123 So 130th Street     660-528-9365

B. Defendant(s) Name(s):     Address(es) If known:

Joey Anson     ?

Send to Brother Patrick Anson

Parents live 42ND St "F" St area     5125 So 130TH St
68137
Omaha Nebr

(Attach extra sheets if necessary.)

## II. STATEMENT OF CLAIM(S)

State briefly the facts of your claim. Describe how each defendant is involved. You do not need to give legal arguments or cite cases or statutes. Use as much space as you need to state the facts. (Attach extra sheets if necessary.)

A. **When** did the events occur?

2014/08 at Underground Tavern, theift unlawful taking of a ring letter "K" Him Joey and two friends took the ring.

B. **What** happened?

I, Joseph A. Kurtz was at Underground when one of Joey Anson, friends approach me and asked about the ring. Joey came from the pool table room and said "whats the "K" stand for "Killer". I said it stood for Kurtz. They laugh and walked away with the ring. I, Joseph A. Kurtz, walked to the police station to report the incident. The Officer at the window asked, why didn't just call? I left the police station return to Underground and Anson and 2 other males were leaving whorewith a blonde driver and I took down the plate number while they were pounding on the windows of the car. Joey Anson called his brother at 11:30 pm one night by caller I.D. shown on the T.V.

**II. STATEMENT OF CLAIM(S)** (continued)

I believe it is all a retaliation by the Ansor family - cause recently 2 boys Kyle & Devon Centamore were taken things and involved in Chasing me to Tyson Foods across the street making demands. At Tyson Foods was Patrick Anson, Samath Zumwalt, Devon Centamore. All related to Patrick Anson.

### III. STATEMENT OF JURISDICTION

Check any of the following that apply to this case (you may check more than one):

✓ United States or a federal official or agency is a party

✓ Claim arises under the Constitution, laws or treaties of the United States

✓ Violation of civil rights

___ Employment discrimination

___ Diversity of Citizenship (a matter between citizens of different states in which the amount in controversy exceeds $75,000)

___ Other basis for jurisdiction in federal court (explain below)

Broke the law violation of civil rights forcing me to leave a resident 5123 South 130th St. where I pay rent.

### IV. STATEMENT OF VENUE

State briefly the connection between this case and Nebraska. For example, does a party reside or do business in Nebraska? Is a party incorporated in Nebraska? Did an injury occur in Nebraska? Did the claim arise in Nebraska?

As Patrick Areson works at Arby's in Millard and Kyle Devon and Jamatha reside at 5125 South 130th Street

V. **RELIEF**

State briefly what you want the court to do for you.

Reimbussement for thieft of ring and attempt of injury by the accompany Jory Anson had with him 3 or 1 attempt of assualt & battery, to do harm.

VI. **EXHAUSTION OF ADMINISTRATIVE PROCEDURES**

Some claims, but not all, require exhaustion of administrative procedures. Answer the questions below to the best of your ability.

A. Have the claims which you make in this civil action been presented through any type of administrative procedure within any state or federal government agency?

Yes ✓        No _____

B. If you answered yes, state the date your claims were so presented, how they were presented, and the result of that procedure:

District Court

C. If you answered no, give the reasons, if applicable, why the claims made in this action have not been presented through administrative procedures:

VII. ARE YOU REQUESTING TRIAL BY A JURY OR BY A JUDGE? (check one):

JURY ✓          JUDGE ✓

VIII. VERIFICATION

I (we) declare under penalty of perjury that the foregoing is true and correct.

Date(s) Executed:           Signature(s) of Plaintiff(s):

07-17-2015                  Joseph A. Kurtz

Note:

IF YOU CANNOT AFFORD TO PAY THE COURT'S FILING FEE UPON THE FILING OF YOUR COMPLAINT, THERE IS A SEPARATE FORM TO BE USED FOR APPLYING TO PROCEED IN FORMA PAUPERIS. Also, if there is more than one plaintiff in the case who wishes to proceed in forma pauperis, **each such plaintiff must submit a separate application to proceed in forma pauperis.**