IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE JOSEPH KURTZ | ) ) ) ) ) ) ) ) | 8:15CV191<br><br>**MEMORANDUM AND ORDER** |
| JOSEPH A. KURTZ,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK ANSON, et al.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) | 8:15CV229<br><br><br><br>**MEMORANDUM AND ORDER** |
| JOSEPH A. KURTZ,<br><br>Plaintiff,<br><br>v.<br><br>SAMANTHA ZUMWALT,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) | 8:15CV251<br><br><br><br>**MEMORANDUM AND ORDER** |

| | | |
|---|---|---|
| JOSEPH A. KURTZ, | ) | 8:15CV269 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| JOEY ANSON, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| JOSEPH A. KURTZ, | ) | 8:15CV294 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| DARIN MATTHEWS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on its own motion. On August 6, 2015, the clerk of the court sent an order to Plaintiff at his last known address and it was returned to this court as undeliverable. (*See* Filing No. 5 in Case No. 8:15-cv-00294-JMG-PRSE.) Plaintiff has an obligation to keep the court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the court of address changes within 30 days). This case cannot be prosecuted in this court if Plaintiff's whereabouts remain unknown.

IT IS THEREFORE ORDERED that:

1. Plaintiff must update his address within 30 days. Failure to do so will result in dismissal of these actions without further notice to Plaintiff.

2. The clerk of the court is directed to set a pro se case management deadline in these cases using the following text: September 21, 2015: check for updated address.

DATED this 17th day of August, 2015.

BY THE COURT:

*s/ John M. Gerrard*
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

3